1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

11 | DARNELL WEBSTER WHEELER,                    1:12-CV-00409 BAM HC

12 |                     Petitioner,            ORDER DISMISSING SUCCESSIVE
                                                PETITION FOR WRIT OF HABEAS
13 |        v.                                  CORPUS PURSUANT TO
                                                28 U.S.C. § 2244(b)
14
   | ON HABEAS CORPUS,                          ORDER DIRECTING CLERK OF COURT
15 |                                            TO ENTER JUDGMENT
   |                     Respondent.
16 | _____/          ORDER DECLINING ISSUANCE OF
                                                CERTIFICATE OF APPEALABILITY
17
                                                ORDER DENYING PETITIONER'S
18                                              MOTION FOR STAY OF STATE
                                                PROCEEDINGS
19

20        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

21 pursuant to 28 U.S.C. § 2254.  He has consented to the jurisdiction of the magistrate judge pursuant

22 to 28 U.S.C. § 636(c).

23        In the petition filed on March 19, 2012, Petitioner challenges his 1993 conviction out of

24 Fresno County Superior Court.  A review of the Court's dockets and files shows Petitioner has

25 previously sought habeas relief with respect to this conviction in <u>Wheeler v. Prunty</u>, Case no. 1:97-

26 cv-6038 OWW HGB P.  The petition was dismissed on December 10, 2002, for failure to comply

27 with a court order.  Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an involuntary

28 dismissal for failure to comply with a court order operates as an adjudication on the merits.

**DISCUSSION**

A federal court must dismiss a second or successive petition that raises the same grounds as a prior petition. 28 U.S.C. § 2244(b)(1). The court must also dismiss a second or successive petition raising a new ground unless the petitioner can show that 1) the claim rests on a new, retroactive, constitutional right or 2) the factual basis of the claim was not previously discoverable through due diligence, and these new facts establish by clear and convincing evidence that but for the constitutional error, no reasonable factfinder would have found the applicant guilty of the underlying offense. 28 U.S.C. § 2244(b)(2)(A)-(B). However, it is not the district court that decides whether a second or successive petition meets these requirements, which allow a petitioner to file a second or successive petition.

Section 2244 (b)(3)(A) provides: "Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." In other words, Petitioner must obtain leave from the Ninth Circuit before he can file a second or successive petition in district court. See Felker v. Turpin, 518 U.S. 651, 656-657 (1996). This Court must dismiss any second or successive petition unless the Court of Appeals has given Petitioner leave to file the petition because a district court lacks subject-matter jurisdiction over a second or successive petition. Pratt v. United States, 129 F.3d 54, 57 (1st Cir. 1997); Greenawalt v. Stewart, 105 F.3d 1268, 1277 (9th Cir. 1997), cert. denied, 117 S.Ct. 794 (1997); Nunez v. United States, 96 F.3d 990, 991 (7th Cir. 1996).

Because the current petition was filed after April 24, 1996, the provisions of the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA) apply to Petitioner's current petition. Lindh v. Murphy, 521 U.S. 320, 327 (1997). Petitioner makes no showing that he has obtained prior leave from the Ninth Circuit to file his successive petition attacking the conviction. That being so, this Court has no jurisdiction to consider Petitioner's renewed application for relief from that conviction under Section 2254 and must dismiss the petition. See Greenawalt, 105 F.3d at 1277; Nunez, 96 F.3d at 991. If Petitioner desires to proceed in bringing this petition for writ of habeas corpus, he must file for leave to do so with the Ninth Circuit. See 28 U.S.C. § 2244 (b)(3).

1  *Certificate of Appealability*

2      A state prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal a

3  district court's denial of his petition, and an appeal is only allowed in certain circumstances.  Miller-

4  El v. Cockrell, 537 U.S. 322, 335-36 (2003).  The controlling statute in determining whether to issue

5  a certificate of appealability is 28 U.S.C. § 2253, which provides as follows:

6          (a) In a habeas corpus proceeding or a proceeding under section 2255 before a
           district judge, the final order shall be subject to review, on appeal, by the court
7          of appeals for the circuit in which the proceeding is held.

8          (b) There shall be no right of appeal from a final order in a proceeding to test the
           validity of a warrant to remove to another district or place for commitment or trial
9          a person charged with a criminal offense against the United States, or to test the
           validity of such person's detention pending removal proceedings.

10
       (c)     (1) Unless a circuit justice or judge issues a certificate of appealability, an
11             appeal may not be taken to the court of appeals from–

12                 (A) the final order in a habeas corpus proceeding in which the
                   detention complained of arises out of process issued by a State
13                 court; or

14                 (B) the final order in a proceeding under section 2255.

15             (2) A certificate of appealability may issue under paragraph (1) only if the
               applicant has made a substantial showing of the denial of a constitutional right.
16
               (3) The certificate of appealability under paragraph (1) shall indicate which
17             specific issue or issues satisfy the showing required by paragraph (2).

18      If a court denies a petitioner's petition, the court may only issue a certificate of appealability

19  "if jurists of reason could disagree with the district court's resolution of his constitutional claims or

20  that jurists could conclude the issues presented are adequate to deserve encouragement to proceed

21  further." Miller-El, 537 U.S. at 327; Slack v. McDaniel, 529 U.S. 473, 484 (2000).  While the

22  petitioner is not required to prove the merits of his case, he must demonstrate "something more than

23  the absence of frivolity or the existence of mere good faith on his . . . part." Miller-El, 537 U.S. at

24  338.

25      In the present case, the Court finds that reasonable jurists would not find the Court's

26  determination that Petitioner is not entitled to federal habeas corpus relief debatable, wrong, or

27  deserving of encouragement to proceed further.  Petitioner has not made the required substantial

28  showing of the denial of a constitutional right.  Accordingly, the Court hereby DECLINES to issue a

U.S. District Court
E. D. California

1    certificate of appealability.

2    *Motion for Stay*

3         Petitioner has also requested a stay of his state proceedings pending review of the instant

4    federal petition.  Insomuch as the Court is without jurisdiction to consider his federal petition, the

5    motion for stay of state proceedings is DENIED.

6                                        **ORDER**

7         Accordingly, IT IS HEREBY ORDERED:

8         1) The petition for writ of habeas corpus is DISMISSED as successive;

9         2) The Clerk of Court is DIRECTED to enter judgment and terminate the case;

10        3) The Court DECLINES to issue a certificate of appealability; and

11        4) Petitioner's motion for stay is DENIED.

12         IT IS SO ORDERED.

13   **Dated:   April 16, 2012**              _____/s/ **Barbara A. McAuliffe**_____
                                              UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28